**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 28, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-30625

Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus

MICHAEL COLLINS,

Defendant-Appellant

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 2:04-CR-323

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:*

As both parties agree, Collins's plea agreement precludes

his present argument that the sentence imposed was unreasonable.

*See United States v. Burns*, 433 F.3d 442, 450 (5th Cir. 2005).

DISMISSED.

---

*Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.